**JS-6**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GT'S LIVING FOODS, LLC, a Delaware limited liability company;

Plaintiff,

v.

PAC FINANCE 1 LLC, a Delaware limited liability company, and DOES 1–25;

Defendants.

---

PAC FINANCE 1 LLC, a Delaware limited liability company,

Counterclaimant,

v.

GT'S LIVING FOODS, LLC, a Delaware limited liability company, and ROES 1–10;

Counterclaim-Defendant.

Case No. 2:26-cv-11442-MCS-AYP

**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO LOS ANGELES COUNTY SUPERIOR COURT (ECF No. 11)**

Complaint Filed: July 23, 2026
Action Removed: October 1, 2026

The Court has read and considered the Joint Stipulation to Remand Action to Los Angeles County Superior Court (the "Stipulation") by and between Defendant and Counterclaimant PAC Finance 1 LLC and Plaintiff and Counterclaim-Defendant GT's Living Foods, LLC. Good cause appearing therefor,

**IT IS HEREBY ORDERED**:

1. The Stipulation is **APPROVED**;

2. The above-captioned case is **REMANDED** to Los Angeles County Superior Court, where it had previously been docketed as Case No. 26STCV23275;

3. Pursuant to 28 U.S.C. § 1447(c), the Clerk of this Court shall mail a certified copy of this Order to the clerk of the Los Angeles County Superior Court; and

4. The Clerk is directed to close this case.

**IT IS SO ORDERED**.

Dated: November 3, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE